### J. J. Dillon v. The State.

#### No. 4343. Decided February 28, 1917.

#### Final Opinion October 22, 1917.

**Sunday Law—Moving Pictures—Companion Case.**

Where, upon appeal from a conviction of a violation of the Sunday law, under article 302, Penal Code, for exhibiting in a place of amusement on Sunday a moving picture show, appellant attacked the validity of the law which was decided adversely to him in a companion case, the judgment must be affirmed. Davidson, Presiding Judge, dissenting.

Appeal from the County Court of Tarrant. Tried below before the Hon. Jesse M. Brown.

Appeal from a conviction of a violation of the Sunday law; penalty, a fine of twenty dollars.

The opinion states the case.

· No brief on file for appellant.

*E. B. Hendricks,* Assistant Attorney General, *Marshall Spoonts, Will Parker, S. J. Calloway,* and *Turner, Cummings & Doyle,* for the State.— Stated cases in a companion case.

DAVIDSON, Presiding Judge.—This conviction was for violating article 302 of the Penal Code, on a charge of exhibiting in a place of amusement on Sunday a moving picture show. The majority of the court holds the law valid and the conviction proper. I do not agree with their conclusions, but in obedience to the views of the majority as presented in the Zucarro case, this day decided, this judgment will be affirmed.

*Affirmed.*

[Final dissenting opinion October 22, 1917.—Reporter.]